PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-00098-KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KRISHNEEL PRAKASH CHAUDARY, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 2:16-MJ-00098-KJN against defendant KRISHNEEL PRAKASH CHAUDARY is GRANTED.

Dated: December 21, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER                                    1